**Dismiss and Opinion Filed March 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01375-CV

### ERNEST C. THIBODEAUX, Appellant
### V.
### REBECCA THIBODEAUX, Appellee

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-1300799

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated October 2, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated October 2, 2013, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letters dated October 4, 2013 and December 13, 2013 we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification he had paid for or made arrangements to pay for the clerk's record or to provide written documentation that he had been

found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

131375F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERNEST C. THIBODEAUX, Appellant

No. 05-13-01375-CV      V.

REBECCA THIBODEAUX, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-1300799.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee REBECCA THIBODEAUX recover her costs of this appeal from appellant ERNEST C. THIBODEAUX.

Judgment entered March 26, 2014.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE